1  James H. Wilkins #116364
   WILKINS DROLSHAGEN & CZESHINSKI LLP
2  6785 North Willow Avenue
   Fresno, California 93710
3  Tel: (559) 438-2390
   Fax: (559) 438-2393
4  j.wilkins@wdcllp.com

5

6  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JORDON E. HARRIMAN, SB# 117150
     E-Mail: Jordon.Harriman@lewisbrisbois.com
7  633 West 5th Street, Suite 4000
   Los Angeles, California 90071
8  Telephone: 213.250.1800
   Facsimile: 213.250.7900
9
   Attorneys for Defendant, HANOVER
10 INSURANCE COMPANY

11

12
                    UNITED STATES DISTRICT COURT
13
                    EASTERN DISTRICT OF CALIFORNIA
14

15

| HUMAN RESOURCE ADVANTAGE, LLC AND DEBBIE BROWNLEE, | Case No. 1:21−CV−01610−JLT−BAM |
|---|---|
| Plaintiffs, | **ORDER ON JOINT STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINE** |
| vs. | |
| THE HANOVER INSURANCE COMPANY, | **[Filed and served with Joint Stipulation]** |
| Defendants. | Current Pre-trial Motion Deadline 5/5/2023 |
| THE HANOVER INSURANCE COMPANY, | Pretrial Conf.: October 6, 2023<br>Trial Date: December 3, 2023 |
| Counter-Claimants, | |
| vs. | |
| HUMAN RESOURCE ADVANTAGE, LLC AND DEBBIE BROWNLEE, | |
| Counter-Defendants. | |

27
28     The Court, having read and considered the joint stipulation to continue the pre-trial motion

94535326.1

ORDER ON JOINT STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINE

deadline, entered into by and between Plaintiffs, Human Resource Advantage, LLC and Debbie Brownlee (collectively "Plaintiffs"), and Defendant, The Hanover Insurance Company ("Hanover"), by and through their respective counsel of record, and good cause appearing therefore:

IT IS HEREBY ORDERED that the deadline of May 5, 2023 to file pre-trial motions is continued until May 26, 2023. All other deadlines in the Court's Scheduling Order remain unchanged.

IT IS SO ORDERED.

Dated: **May 8, 2023**             /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE