1  James H. Wilkins #116364
   WILKINS DROLSHAGEN & CZESHINSKI LLP
2  6785 North Willow Avenue
   Fresno, California 93710
3  Tel: (559) 438-2390
   Fax: (559) 438-2393
4  j.wilkins@wdcllp.com

5  Attorneys for Plaintiffs, HUMAN RESOURCE
   ADVANTAGE, LLC, and DEBBIE BROWNLEE
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | HUMAN RESOURCE ADVANTAGE, LLC, | Case No. 1:21−CV−01610−JLT−BAM
    and DEBBIE BROWNLEE,
12                                              **STIPULATION TO CONTINUE TRIAL DATE**
                   Plaintiffs,
13
           v.
14
    THE HANOVER INSURANCE COMPANY,
15  and Does 1 through 25, inclusive.

16

17                 Defendants.

18

19     Pursuant to the Court's June 13, 2023 request, the parties submit this joint stipulation to

20 continue the December 5, 2023 trial due the Court's unavailability. Plaintiffs, Human Resource

21 Advantage, LLC and Debbie Brownlee (collectively "Plaintiffs"), and Defendant, The Hanover

22 Insurance Company ("Hanover"), by and through their respective counsel of record, submit the

23 following proposed date:

24     January 30, 2024.

25     IT IS HEREBY STIPULATED AND AGREED that the Court may enter an Order

26 continuing the trial date to the Court's first available date from the list provided above.

27     IT IS SO STIPULATED.

28 ///

Dated: June 29, 2023            WILKINS DROLSHAGEN & CZESHINSKI LLP

By:   */s/ James H. Wilkins*
      James H. Wilkins
      Attorneys for Plaintiffs, HUMAN RESOURCE ADVANTAGE, LLC, and DEBBIE BROWNLEE

Dated: June 29, 2023            LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   */s/ Kelly M. Ognibene*
      Kelly M. Ognibene
      Attorneys for Defendant, THE HANOVER INSURANCE COMPANY

## ORDER

IT IS HEREBY ORDERED that the trial in the above-entitled matter is rescheduled to Wednesday, February 21, 2024 at 8:30am.

IT IS SO ORDERED.

Dated:   **June 29, 2023**            _/s/ Jennifer L. Thurston_
                                                          UNITED STATES DISTRICT JUDGE