James H. Wilkins #116364
WILKINS DROLSHAGEN & CZESHINSKI LLP
6785 North Willow Avenue
Fresno, California 93710
Tel: (559) 438-2390
Fax: (559) 438-2393
j.wilkins@wdcllp.com

Attorneys for Plaintiffs, HUMAN RESOURCE
ADVANTAGE, LLC, and DEBBIE BROWNLEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMAN RESOURCE ADVANTAGE, LLC, and DEBBIE BROWNLEE,<br><br>Plaintiffs,<br><br>v.<br><br>THE HANOVER INSURANCE COMPANY, and Does 1 through 25, inclusive.<br><br>Defendants. | Case No.  1:21−CV−01610−JLT−BAM<br><br>**STIPULATION TO VACATE PRETRIAL CONFERENCE AND TRIAL DATES** |

Plaintiffs, Human Resource Advantage, LLC and Debbie Brownlee (collectively "Plaintiffs"), and Defendant, The Hanover Insurance Company ("Hanover"), by and through their respective counsel of record, hereby stipulate as follows:

The parties have completed expert and non-expert discovery. Defendant filed a motion for summary judgment or in the alternative, summary adjudication (Doc. 31), which is now fully briefed, and which awaits a ruling from this Court.

The ruling on Defendant's motion may render the trial in this matter either unnecessary, or else may limit the scope of the trial. Thus, to avoid potentially unnecessary costs being incurred by the parties in preparing for the Pretrial Conference and Trial, good cause exists to vacate the Pretrial Conference and Trial related deadlines.

1    The parties therefore respectfully request that the Court VACATE the Pretrial

2  Conference, currently set for January 8, 2024 and the deadline to file the Joint Pretrial Statement,

3  currently due on December 31, 2023, and the Trial, currently set for February 21, 2024, until

4  after it rules on the summary judgment motion and reset the dates, as needed.

5  Dated:  December 6, 2023                        WILKINS DROLSHAGEN & CZESHINSKI LLP

6

7                                               By:  *James H. Wilkins*

8                                                   James H. Wilkins
                                                   Attorneys for Plaintiffs, HUMAN
9                                                   RESOURCE ADVANTAGE, LLC, and
                                                   DEBBIE BROWNLEE

10

11  Dated:  December 6, 2023                        LEWIS BRISBOIS BISGAARD & SMITH LLP

12

13                                              By:  *Kelly M. Ognibene*

14                                                  Kelly M. Ognibene
                                                   Attorneys for Defendant, THE HANOVER
15                                                  INSURANCE COMPANY

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING THEREFOR, the Court hereby:

VACATES the Pretrial Conference, currently set for January 8, 2024, and accordingly the deadline to file the Joint Pretrial Statement, currently due on December 31, 2023, and the Trial, currently set for February 21, 2024. The Court will reset the Pretrial Conference and Trial dates, as necessary, after it rules as to Defendant's motion for summary judgment, or in the alternative summary adjudication (Doc. 31).

IT IS SO ORDERED.

Dated:   **December 6, 2023**

UNITED STATES DISTRICT JUDGE